# United States Court of Appeals for the Fifth Circuit

---

No. 25-40585
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

William Edward Sterling,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:22-CR-62-4

---

Before King, Stewart, and Haynes, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent William Edward Sterling has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sterling has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40585

Sterling's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.[1]

---

[1]  We are not dismissing the potential for a habeas request if there is a claim of ineffective assistance of counsel.